UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DESIREE WOODARD | : | |
| PLAINTIFF, | : | |
| | : | Civ. Action No. 16-01857 (APM) |
| v. | : | |
| DISTRICT OF COLUMBIA, | : | |
| DEFENDANT. | : | |

## JOINT NOTICE OF SETTLEMENT

COME NOW, the Parties, by and through undersigned counsel, to respectfully represent unto this honorable Court as follows:

The Parties have now reached a settlement agreement resolving this case and have determined that there is no need for the Parties to comply with the briefing schedule submitted to the Court on October 6, 2016 (Document 6). The Parties will file a Joint Stipulation of Dismissal with prejudice once payment is complete.

Respectfully Submitted,

*/s/ Carolyn W. Houck, Esq.*
Carolyn W. Houck
Attorney at Law
P.O. Box 252
St. Michaels, MD 21663
Telephone:  301-951-4278
Fax: 866-297-4248
Cwhouck1@gmail.com
D.C. Bar Number 459746
COUNSEL FOR PLAINTIFF

KARL A. RACINE
Attorney General for the
District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

*/s/ Veronica Porter*_____
VERONICA PORTER [412273]
Acting Chief, Civil Litigation Division
Section II

*/s/ Tasha Hardy*_____
TASHA HARDY [974511]
Assistant Attorney General
Suite 630 South
441 Fourth Street, NW
Washington, D.C.  20001
(202) 724-7794
(202) 741-8953 (fax)
E-mail: tasha.hardy@dc.gov

**November 22, 2016**                          ATTORNEYS FOR DEFENDANT