UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    :
DESIREE WOODARD                              :
                                                                    :
        PLAINTIFF,                                       :
                                                                    :        Civ. Action No. 16-01857 (APM)
                        v.                                       :
                                                                    :
DISTRICT OF COLUMBIA,                      :
                                                                    :
        DEFENDANT.                                   :
_____:


## **JOINT REPORT**

        On January 4, 2017, the parties were ordered to file a joint report on the status of filing a

stipulation of dismissal by no later than January 6, 2017.  The Parties have reached a settlement

agreement resolving this case and anticipate filing a Joint Stipulation of Dismissal by February

24, 2017, once payment is complete.


                                                Respectfully Submitted,

                                                */s/ Carolyn W. Houck, Esq.*
                                                Carolyn W. Houck
                                                Attorney at Law
                                                P.O. Box 252
                                                St. Michaels, MD 21663
                                                Telephone:  301-951-4278
                                                Fax: 866-297-4248
                                                Cwhouck1@gmail.com
                                                D.C. Bar Number 459746
                                                COUNSEL FOR PLAINTIFF

                                                KARL A. RACINE
                                                Attorney General for the
                                                District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

*/s/ Veronica Porter*_____
VERONICA PORTER [412273]
Acting Chief, Civil Litigation Division
Section II

*/s/ Tasha Hardy*_____
TASHA HARDY [974511]
Assistant Attorney General
Suite 630 South
441 Fourth Street, NW
Washington, D.C.  20001
(202) 724-7794
(202) 741-8953 (fax)
E-mail: tasha.hardy@dc.gov


January 5, 2017                              ATTORNEYS FOR DEFENDANT