UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DESIREE WOODARD | : |
| PLAINTIFF, | : |
| v. | : Civ. Action No. 16-01857 (APM) |
| DISTRICT OF COLUMBIA, | : |
| DEFENDANT. | : |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties Plaintiff Desiree Woodard and Defendant District of Columbia stipulate to the dismissal of all claims in this case with prejudice.  Each party to bear its own costs.

Respectfully Submitted,

*/s/ Carolyn W. Houck, Esq.*
Carolyn W. Houck
Attorney at Law
P.O. Box 252
St. Michaels, MD 21663
Telephone:  301-951-4278
Fax: 866-297-4248
Cwhouck1@gmail.com
D.C. Bar Number 459746
COUNSEL FOR PLAINTIFF

KARL A. RACINE
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Veronica Porter*_____
VERONICA PORTER [412273]
Acting Chief, Civil Litigation Division
Section II


*/s/ Tasha Hardy*_____
TASHA HARDY [974511]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor-North
Washington, D.C.  20001
(202) 724-7794 (phone)
(202) 741-8953 (facsimile)
E-mail: tasha.hardy@dc.gov

**January 27, 2017**                           ATTORNEYS FOR DEFENDANT